UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KATHY S. WHITE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 1:14-cv-2043-RLY-DML |
| | ) |
| CAROLYN W. COLVIN, Acting | ) |
| Commissioner of the Social Security, | ) |
| Administration, | ) |
| | ) |
| Defendant. | ) |

**JUDGMENT**

Pursuant to Fed. R. Civ. P. 58, the court hereby ENTERS JUDGMENT in favor of the Defendant.   The final decision of the Commissioner in this case is AFFIRMED.   The plaintiff's Complaint is DISMISSED.   Each party shall bear its own costs.

**SO ORDERED** this 13th day of September 2016.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

Distributed Electronically to Registered Counsel of Record

1